AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

KOWOSKY TYWAN CHRISTIAN
929 1st Avenue
Clanton, AL  35045

**WARRANT FOR ARREST**

Case Number:  2:06cr169-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KOWOSKY TYWAN CHRISTIAN__
                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to Possess With Intent to Distribute Cocaine Base and Cocaine Hydrochloride
Possession With Intent to Distribute Cocaine Base and Cocaine Hydrochloride

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA__
Title of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

July 24, 2006, Montgomery, Alabama
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |