AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

CHRISTOPHER IMAN ULMER
1515 15th Place
Clanton, AL  35045

**WARRANT FOR ARREST**

Case Number:   2:06cr169-WJA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CHRISTOPHER IMAN ULMER_____
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to Possess With Intent to Distribute Cocaine Base and Cocaine Hydrochloride
Use of a Communicate Facility to Facilitate Drug Distribution
Distribution of Cocaine Base and Cocaine Hydrochloride

in violation of Title _____21_____ United States Code, Section(s) _____846, 841(a)(1), 843(b)_____

DEBRA P. HACKETT                                          By: _____
Name of Issuing Officer                                          Signature of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA      July 24, 2006, Montgomery, Alabama
Title of Issuing Officer                                          Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED          NAME AND TITLE OF ARRESTING OFFICER          SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST |