**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:06-cr-169-WHA** |
| | ) | |
| **KOWOSKY TYWAN CHRISTIAN, et al.** | ) | |

_____

### NOTICE OF APPEARANCE

     **COMES NOW** the undersigned counsel, Joseph P. Van Heest, and enters his appearance on behalf of Defendant Kowosky Tywan Christian, in the above-styled case. Undersigned counsel is appointed by the Court in this matter.

     Dated this 21st day of February, 2007.


                               Respectfully submitted,


                               s/Joseph P. Van Heest
                               **JOSEPH P. VAN HEEST**
                               LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                               Post Office Box 4026
                               402 South Decatur Street
                               Montgomery, AL 36103-4026
                               Phone: (334) 263-3551
                               Fax: (334) 263-3227
                               jpvanheestcourts@bellsouth.net
                               AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,


s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026