IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | Case No.: 2:06cr169-WHA |
| | ) | |
| KOWOSKY TYWAN CHRISTIAN | ) | |

MOTION TO WITHDRAW FEDERAL DEFENDERS
AS COUNSEL OF RECORD AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

COMES NOW the Federal Defenders Office and moves to withdraw the office as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Kowosky Tywan Christian.

In support of this Motion, counsel states the following:

1. On February 20, 2007 the Federal Defender Office was appointed to represent Mr. Christian with respect to the above- styled case.

2. A conflict exists between the Federal Defenders Office, Mr. Christian and a former client of the Federal Defenders Office.

3. Undersigned counsel requests that on behalf of Mr. Christina, CJA panel attorney Joe Van Heest, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Christian will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Christian and that CJA Panel Attorney, Joe Van Heest, Esquire be appointed to represent him.

**MOTION GRANTED**

THIS 23rd DAY OF February, 20 07

_____
UNITED STATES MAGISTRATE JUDGE