IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | WO |
| KOWOSKY TYWAN CHRISTIAN | ) | |
| CHRISTOPHER IMAN ULMER | ) | |
| DARRYL LAMONT BROWN | ) | |
| JAMES CALVIN TALLEY | ) | |
| WILMONT TIMOTHY BARNETT | ) | |

**ORDER**

For good cause, it is

ORDERED that the detention hearing for the above-named defendants previously scheduled for March 1, 2007 be and hereby is re-scheduled to 10:00 a.m. on Monday, March 5, 2007.[1]

DONE, this 1st day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The hearing previously scheduled for March 1, 2007 was cancelled due to severe weather.