**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 2, 2007

## NOTICE OF CORRECTION

**From:**             **Clerk's Office**

**Case Style:**        **USA vs. Kowosky Tywan Christian**

**Case Number:**      **2:06cr169-WKW**

**Referenced Pleading:  Document #92 - Motion for Release from Custody**

This Notice of Correction has been filed in the above referenced case to reflect that the entry was filed incorrectly as a motion. The pleading should have been docketed as a Response in Opposition to Motion for Detention.