MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE, PRESIDING
MONTGOMERY, ALABAMA

DATE COMMENCED:   March 5, 2007                               10:14 a.m.
DATE COMPLETED:   March 5, 2007                               3:04 p.m.

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs | * |
| KOWOSKY TYWAN CHRISTIAN | *   2:06cr169-WKW |
| CHRISTOPHER IMAN ULMER | * |
| DARRYL LAMONT BROWN | * |
| JAMES CALVIN TALLEY | * |
| WILMONT TIMOTHY BARNETT | * |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | Joseph Van Heest (Christian) |
| | * | Dan Hamm (Ulmer) |
| Clark Morris | * | Dwayne Brown (Brown) |
| | * | Richard Keith (Talley) |
| | * | Jay Lewis (Barnett) |
| | * | |

COURT OFFICIALS PRESENT:

| | |
|---|---|
| Joyce Taylor, Courtroom Deputy | Jason Dillon, USPO |
| | Sandra Wood, USPO |
| | Terrence Marshall, USPO |

PROCEEDINGS:

DETENTION HEARING

| | |
|---|---|
| 10:14 a.m. | Court convenes. |
| 10:15 a.m. | Mr. Van Heest statements to the court regarding opposition to the government's motion for detention he has filed with the court and reasons why his client (Kowosky Tywan Christian) should be released. Mr. Van Heest proffer to the court and statements as to state court matters. |
| 10;23 a.m. | Mr. Hamm statements to the court regarding his client ( Christopher Iman Ulmer) and regarding Mr. Ulmer's state court matters . Mr. Hamm further statements regarding reasons his client should be released. |
| 10:27 a.m. | Mr. Brown statements to the court regarding release of his client ( Darryl Lamont Brown) and why his client should be released. |

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 10:31 a.m. | Mr. Keith statements to the court regarding reasons why his client (James Calvin Talley) should be released. |
| 10:34 a.m. | Mr. Lewis direct examination as to his client (Wilmont Timothy Barnett). (Barnett) |
| 10:37 a.m. | Mr. Lewis direct examination. (Wright) |
| 10:38 a.m. | Mr. Lewis direct examination. (Deason) |
| 10:40 a.m. | Mr. Lewis statements to the Court regarding release of his client. |
| 10:42 a.m. | Mr. Van Heest offer of defendant Christian Exhibit 1. Court admits defendant Christian Exhibit 1 |
| 10:43 a.m. | Government's response to counsel statements as to all defendants. |
| 10:45 a.m. | Government's direct examination. (Mayfield) |
| 11:32 a.m. | Court discussions with counsel as to how many witnesses they will be calling. |
| 11:35 a.m. - 12:38 p.m. | LUNCH (1hr 3 min) |
| 12:38 p.m. | Government's direct examination resumes. (Mayfield) |
| 12:55 p.m. | Court's questions to government. |
| 12:56 p.m. | Mr. Van Heest cross examination. (Mayfield) |
| 1:25 p.m. | Mr. Hamm cross examination. (Mayfield) |
| 1:31 p.m. | Mr. Brown cross examination. (Mayfield) |
| 1:47 p.m. | Court's questions to witness. (Mayfield) Mr. Brown cross examination continues. (Mayfield) |
| 1:49 p.m. | Mr. Keith cross examination. (Mayfield) |
| 1:56 p.m. | Court's questions to witness. (Mayfield) |
| 1:57 p.m. | Mr. Keith cross examination continues. (Mayfield) |
| 1:58 p.m. | Mr. Lewis cross examination. (Mayfield) |
| 2:04 p.m. | Court's questions regarding pretrial services report. Terrence Marshal, USPO statements to the court. |
| 2:08 p.m. | Government's questions to Mr. Marshal. Mr. Marshal's response. |
| 2:09 p.m. | Mr. Lewis has no objections to court considering Mr. Marshal's statements. |
| 2:10 p.m. | Mr. Lewis questions to Mr. Marshal. Mr. Marshal's responses. |
| 2:11 p.m. | Court's questions to counsel regarding how many witnesses will be called. |
| 2:12 p.m. | Government's re-direct examination. (Mayfield) |
| 2:16 p.m. | Court's questions to witness. (Mayfield) Government's re-direct examination continues. (Mayfield) |
| 2:20 p.m. | Mr. Van Heest re-cross examination. (Mayfield) |
| 2:25 p.m. | Mr. Hamm re-cross examination. (Mayfield) |
| 2:27 p.m. | Mr. Brown re-cross examination. (Mayfield) |
| 2:29 p.m. | Government rests. |
| 2:30 p.m. | Mr. Brown's direct examination. (Darryl Brown) |
| 2:33 p.m. | Government's cross examination. (Brown) |
| 2:35 p.m. | Mr. Keith direct examination. (Dillon) |
| 2:38 p.m. | Defendants rest. |
| 2:39 p.m. | Mr. Van Heest oral arguments. |

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 2:42 p.m. | Mr. Hamm oral arguments. |
| 2:44 p.m. | Mr. Brown oral arguments and proffer to the court. |
| 2:49 p.m. | Mr. Keith oral arguments. |
| | Mr. Keith moves to admit defendant Talley Exhibit 1. |
| | Court admits defendant Talley Exhibit 1. |
| 2:52 p.m. | Mr. Lewis oral arguments. |
| 2:55 p.m. | Government oral arguments. |
| 3:03 p.m. | Court's statements to the parties and counsel. |
| | Court will detain defendants. |
| 3:03 p.m. | Mr. Van Heest questions to the court. |
| | Court's response to Mr. Van Heest. |
| 3:04 p.m. | Court recessed. |