# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA

vs                             2:06cr169-WHA

KOWOSKY TYWAN CHRISTIAN

CHRISTOPHER IMAN ULMER

DARRYL LAMONT BROWN

JAMES CALVIN TALLEY

WILMONT TIMOTHY BARNETT

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
| --- | --- |
| 1. Shane Mayfield | 1. Stephanie Barnett |
| | 2. Debra Wright |
| | 3. Michael Deason |
| | 4. Darryl Brown |
| | 5. Jason Dillon |