IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES, | ) | |
| et al., | ) | |

## **ORDER**

Upon consideration of the motions for reimbursement of copy expenses by Defendant James Calvin Talley (Doc. # 129), Defendant Wilmont Timothy Barnett (Doc. # 131), Defendant Kowosky Tywan Christian (Doc. # 134), Defendant William Earl Ulmer (Doc. # 145), and Defendant Christopher Iman Ulmer (Doc. # 147), and for good cause, it is

ORDERED that the motions are GRANTED. The court finds defendants eligible for an interim reimbursement for the expense of copying discovery provided by the government, pursuant to 18 U.S.C. § 3006A(d)(1) and the Guide to Judiciary Policies and Procedures, Volume 7, Section C, Chapter 2.27. Counsel may file for reimbursement of these expenses using Form 20.

DONE, this 2nd day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE