IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                               )
         v.                     )      CR. NO. 2:06-cr-169-WKW
                               )
KOWOSKY TYWAN CHRISTIAN     )

## O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 25, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Kowosky Tywan Christian, to Todd Mims, DEA, and/or Tom Halasz, DEA, on April 26, 2007, through July 26, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Todd Mims, DEA, and/or Tom Halasz, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 26th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE