IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| KOWOSKY TYWAN CHRISTIAN | ) | |

## **ORDER**

Upon consideration of defendant's motion to excuse attorney from attending pretrial conference (Doc. # 309), filed September 24, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that defendant's counsel shall call the Judge's chambers at 3:00 p.m. on September 28, 2007 to enable him to attend the pretrial conference by telephone.

DONE, this 25th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE